# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRUCE LAMAR HILL,** | * |
| **AIS #138707,** | * |
|     **Plaintiff,** | * |
| | * |
| **vs.** | *   **CIVIL ACTION NO. 13-00135-KD-B** |
| | * |
| **GARY HETZEL,** *et al.***,** | * |
|     **Defendants.** | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed,[1] the Report and Recommendation (Doc. 9) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 23, 2014, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Proceed Without Prepayment of Fees (Doc. 2) is **DENIED** and that this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g).

Final judgment in accordance with this Order and Federal Rule of Civil Procedure 58 shall be entered by separate document.

**DONE** and **ORDERED** this the **25th** day of **March 2014.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that, on Plaintiff's motion, the deadline for filing objections was extended from February 13, 2014, to March 14, 2014. (Doc. 11).